# Third District Court of Appeal

## State of Florida

Opinion filed May 21, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0594
Lower Tribunal No. 22-16266-CA-01
_____

## Marlen Herrera, et al.,
Appellants,

vs.

## Citizens Property Insurance Corporation,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Robert T. Watson, Judge.

Shield Law Group of Florida, LLC, and Jamie Alvarez (Davie), for appellants.

Roig Lawyers, and Abbi Freifeld Carr and Samantha Mizeras (Jacksonville), for appellee.

Before EMAS, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed. See 1500 Coral Towers Condo. Ass'n, Inc. v. Citizens Prop. Ins. Corp., 112 So. 3d 541, 544 (Fla. 3d DCA 2013) ("Failure to give timely notice [of a property insurance claim] creates a presumption that the insurer was prejudiced."); Laquer v. Citizens Prop. Ins. Corp., 167 So. 3d 470, 474 (Fla. 3d DCA 2015) ("[C]ourts have upheld summary judgment on the insured's failure to provide 'prompt' notice where the insured was aware of damage to the residence shortly after the hurricane, but, for a variety of reasons, waited until several years passed before notifying the insurance company."); Hope v. Citizens Prop. Ins. Corp., 114 So. 3d 457, 460 (Fla. 3d DCA 2013) (finding conclusory assertions by insured's expert insufficient to overcome presumption of prejudice to insurer).